No. 04–7645. KEELING v. KINTZEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–7650. RAMIREZ v. FAIRMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7652. JOHNSON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04–7654. 'ABDULLAH v. KENNET ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–7657. BAYOUD v. BAYOUD ET AL. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 04–7659. MYERS v. STATEN. C. A. 11th Cir. Certiorari denied.

No. 04–7660. OTT v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–7661. PHILLIPS v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 04–7663. MCGEE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–7664. BOWERS v. WEST VIRGINIA. Cir. Ct. Marshall County, W. Va. Certiorari denied.

No. 04–7669. NICHOLSON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 04–7670. SANNI v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–7672. BARRERA v. SUPERIOR COURT OF CALIFORNIA, SAN JOAQUIN COUNTY. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–7674. RENEAU v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.